UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN TYRONE HAIRSTON,

Plaintiff,

v.

R. ARCHIE, et al.,

Defendants.

No.  2:23-cv-0900 CKD P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district.  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis (ECF No. 3) is dismissed without prejudice;

2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner; and

/////

////

1

1       3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

2   application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result

3   in a recommendation that this action be dismissed without prejudice.

4   Dated:  May 19, 2023

5                                                    _____

6                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12   12/hair0900.3d

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28