1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KEVIN TYRONE HAIRSTON,                    No.  2:23-cv-00900-CKD (PC)

12              Plaintiff,

13        v.                                     ORDER

14     R. ARCHIE, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18  action filed pursuant to 42 U.S.C. § 1983.  On April 9, 2024, the settlement conference in this

19  matter was vacated pending further proceedings.  ECF No. 23.  In light thereof, the court will lift

20  the stay of this matter and order defendants to respond to plaintiff's complaint.

21         Accordingly, IT IS HEREBY ORDERED that:

22         1.  The stay of this action is lifted.

23         2.  Defendants shall file a responsive pleading within thirty days from the date of this

24  order.

25         3.  This matter will be referred back to alternative dispute resolution (ADR) following the

26  filing of defendants' answer.

27  /////

28  /////

                                               1

Dated:  April 15, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hair0900.answer